DECEMBER 1, 1959

No. 63574.—SUIT 4949.—United States *v.* C. J. Tower & Sons.—

——C.D. 1887. (Appeal dismissed October 8, 1959.)

No. 63575.—SUIT 5012.—United States *v.* Canada Dry Ginger Ale, Inc.—

——C.D. 2094. (Appeal dismissed October 6, 1959.)